| | |
|---|---|
| WILLIAM JEFFREY COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST CITIZENS BANK & TRUST COMPANY, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:20-CV-590-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 15]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on June 14, 2022, and Copies To:**

| | |
|---|---|
| Gary Martoccio | (via CM/ECF electronic notification) |
| Jeremy R. Sayre | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| June 14, 2022 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |